FILED
08 FEB 13 PM 4:51
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0362 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. ____________ |
| v. | NOTICE OF RELATED CASE |
| JESUS OBESO-GARCIA, aka Jesus Ogeso-Garcia, Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Jesus Obeso-Garcia, aka Jesus Ogeso-Garcia, Criminal Case No. 08CR0003-LAB.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney