**SIRI SHETTY**
Law Offices of Siri Shetty
California State Bar No. 208812
110 West "C" Street, Suite 1810
San Diego, California 92101-5030
Telephone: (619) 602-8479
Email: attyshetty@yahoo.com

Attorney for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JESUS OBESO GARCIA**,<br><br>Defendant. | Case No. 08cr0362-LAB<br><br>Date: March 24, 2008<br>Time: 2:00 p.m.<br><br>NOTICE OF *IN-LIMINE* MOTIONS AND *IN-LIMINE* MOTIONS TO:<br><br>(1) PRECLUDE EVIDENCE OF DEPORTATION DOCUMENTS<br><br>(2) EXCLUDE 404 EVIDENCE<br><br>(3) ALLOW ATTORNEY CONDUCTED VOIR DIRE<br><br>(4) PRECLUDE REFERENCE TO MR. GARCIA AS AN "ALIEN"<br><br>(5) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS<br><br>(6) PRECLUDE EXPERT TESTIMONY; AND<br><br>(7) EXCLUDE EVIDENCE OF REINSTATEMENT OF DEPORTATION |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, and
LAWRENCE CASPAR ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that as soon thereafter as counsel may be heard, the defendant, Richard Valenzuela, by and through his counsel, Siri Shetty, will ask this Court to enter an order granting the following *inlimine* motions.

//

**MOTION**

The defendant, Jesus Garcia by and through his attorney, Siri Shetty, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to grant his *inlimine* motions to:

1) Preclude Evidence of Deportation Documents;
2) Exclude 404(b) Evidence;
3) Allow Attorney Conduct Voir-Dire;
4) Preclude reference to Mr. Garcia as an Alien;
5) Compel production of Grand Jury transcripts;
6) Preclude Expert Testimony;
7) Exclude Evidence of Reinstatement of Deportation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

S/Siri Shetty

Dated: March 3, 2008

SIRI SHETTY
Attorneys for Mr. Valenzuela
Email: attyshetty@yahoo.com