UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS OBESO-GARCIA,<br>Defendant. | ) | Case No 08CR0362-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Siri Shetty, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF IN-LIMINE MOTIONS AND IN-LIMINE MOTIONS**. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

Lawrence Caspar Lawrence.Caspar@usdoj.gov, efile.dkt.gc1@usdoj.gov

I declare that the foregoing is true and correct.

Executed : March 3, 2008

*s/Siri Shetty*

Attorney for Defendant
Email: attyshetty@yahoo.com